**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ALLEN POLK,                                                            PLAINTIFF
#1902-11

v.                                4:11-cv-00418-DPM-JTK

PULASKI COUNTY DETENTION
FACILITY, et al.                                             DEFENDANTS

**ORDER**

Plaintiff's Motion to Strike, which this Court construes as a Motion to Replace his Original Complaint with his Amended Complaint (Doc. No. 4), is GRANTED.

IT IS SO ORDERED this 22nd day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE