IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALLEN POLK**                                                                                      **PLAINTIFF**

v.                              Case No. 4:11-cv-418-DPM-JTK

**PULASKI COUNTY DETENTION**
**FACILITY, et al.**                                                                              **DEFENDANTS**

ORDER

Pursuant to Polk's notice of dismissal, *Document No. 15*, this case is dismissed without prejudice. All pending motions are denied as moot. Because Polk is voluntarily dismissing his case, the Court declines to adopt the now-moot proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney.

So ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 August 2011